United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON WOOD,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN COLVIN,<br><br>        Defendant. | Case No. 14-cv-03764-JSC<br><br>**ORDER TO SHOW CAUSE** |

Now pending before the Court is Plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Dkt. No. 22.)  Although Plaintiff filed the motion prematurely, by Order of December 7, 2015 the Court deemed the motion timely filed as of October 14, 2015 and ordered Defendant to respond to the motion by December 17, 2015. (Dkt. No. 24.)  To date, Defendant has failed to file an opposition.  Accordingly, Defendant is ORDERED TO SHOW CAUSE by January 5, 2016 why Plaintiff's fees motion should not be granted.

**IT IS SO ORDERED.**

Dated: December 23, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge